UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

INES TORRES VARGAS; EVELYN TORRES VARGAS; RAUL TORRES VARGAS,

    Plaintiffs,

v.

DR. MANUEL SANTIAGO CUMMINGS, et al.,

    Defendants.

Civil No. 96-1642 (JAF)

### O R D E R

The court disposes of motions pending in this case as follows:

(1) Docket Document No. 32, codefendant Manuel Santiago Cummings' motion submitting additional documents, filed on April 29, 1999, is **NOTED**.

(2) Docket Document No. 33, codefendant Santiago-Cummings' motion submitting additional documents, filed on May 4, 1999, is **NOTED**.

(3) Docket Document No. 39, plaintiffs' motion clarifying appearance, filed August 4, 1999. The matter presented in the motion stands **CLARIFIED**.

AO 72
(Rev 8/82)

Civil No. 96-1642 (JAF)                                                                 2-

(4) Trial as to all remaining issues and parties shall be held on **January 12, 2000, at 9:30 A.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 9th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge