# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



PAUL TORRES-VARGAS, ET AL

VS.  CIVIL NO. 96-1642(JAF)

MANUEL SANTIAGO-CUMMINGS

## O-R-D-E-R

BY ORDER OF THE COURT, this case is set for SETTLEMENT CONFERENCE on **February 10, 2000 at 11:30 A.M.** before Senior Judge Robert J. Ward.

Courtroom Deputy

Attorneys Notified:

Anduze-Montano, Harry
Velez-Gonzalez, Rita

