UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| INES TORRES-VARGAS, ET AL., | * |
| Plaintiffs, | *   Civil No. 96-1642 (JAF) |
| v. | * |
| DR. MANUEL SANTIAGO CUMMINGS, ET AL., | * |
| Defendants. | * |

## O R D E R

The "Settlement, Hold Harmless and Release Agreement" filed by the parties on February 8, 2000, Docket Document No. 43, is **APPROVED**. Judgment shall be entered incorporating its terms and conditions as if set forth at length therein.

This case is closed for all purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 10th day of February, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)