UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

INES TORRES-VARGAS, ET AL.,                *
                                           *
    Plaintiffs,                            *       Civil No. 96-1642 (JAF)
                                           *
    v.                                     *
                                           *
DR. MANUEL SANTIAGO CUMMINGS,              *
ET AL.,                                    *
                                           *
    Defendants.                            *
                                           *
------------------------------------------*

## J U D G M E N T

Pursuant to an Order subscribed by the court today, judgment is entered incorporating the terms and conditions of the Settlement, Hold Harmless and Release Agreement subscribed by the parties as set forth in said order, which terms and conditions are incorporated herein by reference.

This case is closed for all purposes.

San Juan, Puerto Rico, this 10th day of February, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge